UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF COLORADO

In re:

ADAM AIRCRAFT INDUSTRIES, INC.
EIN: 161643299

Debtor.

Case No. 08-11751 MER
Chapter 7

## MOTION BY MICHAEL T. LEWIS, *pro se*, TO RESCHEDULE FIRST MEETING OF CREDITORS

Michael T. Lewis, appearing *pro se*, respectfully moves the court to reschedule the first meeting of creditors and states the following;

1) I am an unsecured creditor, having deposited $125,000.00 with the Debtor for construction and delivery of an Adam 700.

2) The creditors committee first meeting is presently scheduled for March 12, 2008.

3) My Matrix address is in error; my correct address is:

   Michael T. Lewis

   P.O. Drawer 2430

   Oxford, MS 38655

4) I learned of this bankruptcy proceeding through hearsay reports. I have not yet received any official due process notice of these proceedings.

5) I am scheduled to attend FAA mandated pilot recurrency training at Sim Com, Orlando, Florida, March 10 to March 12, 2008. Rescheduling this training will jeopardize my insurability and possibly my FAA licensure.

1

6) I intend to participate on the Creditors Committee and to take an active role in protecting my rights and the rights of the other depositors, which I believe to be approximately 400 in number.

Wherefore, I respectfully request that the first meeting of creditors be rescheduled on a date mutually convenient to the Debtor, creditors and their representatives.

Respectfully submitted

Michael T. Lewis
P.O. Box 2430
Oxford, MS  38655

Dated this 27th day of February, 2008.

Michael T. Lewis, appearing *pro se*

## CERTIFICATE OF SERVICE

I, Michael T. Lewis, hereby certify that I have this day mailed, postage prepaid, a true and correct copy of the attached "Motion to Reschedule First Meeting of Creditors" to the Chapter 7 Trustee, the U.S. Trustee, the Debtor, Debtor's Counsel, all other counsel who have filed Notices of Appearances in the Adam Aircraft bankruptcy through today's dates, and all creditors and parties-in-interest appearing on the creditor matrix using the addresses on the creditor matrix available on PACER today:

Adam Aircraft Industries, Inc.
12876 E. Adam Aircraft Circle
Englewood, CO 80112

Jeffrey C. Krause, Esq.
Robert A. Greenfield, Esq.
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Paul Moss, Esq.
U.S. Trustee's Office
999 18th Street, Suite 1551
Denver, CO 80202

Brian A. Magoon, Esq.
Robinson, Waters & Owen LLP
1099 18th Street, Suite 2600
Denver, CO 80202

Jeffrey A. Weinman, Chapter 7 Trustee
730 17th Street, Suite 240
Denver, CO 80202

M. Frances Cetrulo, Esq.
370 17th Street, Suite 480
Denver, CO 80202

Lawrence Bass, Esq.
Holmes, Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80202

Lino S. Lipinsky de Orlov, Esq.
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202

This the 27th day of February, 2008.

_____
Michael T. Lewis, appearing *pro se*